| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Henley Menefee, §
§
    Plaintiff, §
§
versus §  Civil Action H-14-3429
§
Google, Inc., §
§
    Defendant. §

## Opinion on Dismissal

1. Henley Menefee says that Google, Inc., has aired his likeness on television, eavesdropped on his conversations and thoughts, and violated several sections of the United States Criminal Code. He says it has done this to steal his ideas, companies, businesses, and products. This is not his first lawsuit. He has filed a multitude of cases against the government and major corporations asserting practically identical claims. See Exhibit A.

2. After an initial conference tediously discussing his claims, the court allowed him to amend his complaint. The amended complaint seeks a declaratory judgment and includes claims for copyright infringement and unjust enrichment. In response, Google moved to dismiss the case. After another long conference where Menefee was given the opportunity to supplement his complaint with facts but could not, the court denied his motion formally to amend his amended complaint and to "intervene" in his own case.

3. Menefee's claims for criminal violations fail because, as a private citizen, he does not have the authority to prosecute criminal misconduct.

4. Menefee's claims for equitable and other civil relief fail because his amended complaint asserts resplendent factual abstractions, but does not include one essential fact, if taken

as true, that would tend to establish his entitlement to relief. It is a mishmash of unsubstantiated legal conclusions. To illustrate, he does not specify specific copyrighted material or when and how that material was infringed, he merely claims Google harmed him through racketeering, wire-fraud, and conspiracy. When pressed by the court, Menefee said that Google intercepted his thoughts to steal the ideas for PayPal and YouTube. He does not provide any dates, documents, or other evidence to support his assertions.

4. Although sympathetic to his plight, the court must apply the law to his claims. Menefee's claims against Google will be dismissed.

Signed on March 24, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge